UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MANUEL PEREZ RUVALCABA,

        Plaintiff,

vs.

JERRY FONG and MARY FUKAY,

        Defendants.

                                             /

No. C 10-0964 PJH (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a state prisoner. Mail that the clerk sent to plaintiff at his last known address has been returned by the postoffice as undeliverable. Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: August 9, 2011.

                                                   PHYLLIS J. HAMILTON
                                                   United States District Judge

P:\PRO-SE\PJH\CR.10\RUVALCABA0964.DSM-mail.wpd